OSCN Found Document:RE REVOCATION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS

 

 
 

 
 RE REVOCATION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS
2020 OK 46
Decided: 06/01/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 46, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Revocation of Credentials of Registered Courtroom Interpreters
ORDER
On March 1, 2020, this Court suspended the certificates of several Registered Courtroom Interpreters for failure to comply with the continuing education requirements for calendar year 2019 and/or with the annual certificate renewal requirements for 2020. See 2019 OK 15 (SCAD 2020-18).
Pursuant to the Executive Order 2020-07 (as amended), the Chief Justice, authorized that all interpreters, whose licenses were suspended on March 1, 2020, for failure to comply with the renewal requirements for 2020 be given until May 15, 2020 to comply.
The Oklahoma Board of Examiners of Certified Courtroom Interpreters has advised that the interpreters listed below continue to be delinquent in complying with the continuing education and/or annual certificate renewal requirements, and the Board has recommended to the Supreme Court, the revocation of the credential of each of these interpreters, effective May 15, 2020, pursuant to 20 O.S., Chapter 23, App. II, Rules 18 and 20.
IT IS THEREFORE ORDERED that the credential of each of the Registered Courtroom Interpreters named below is hereby revoked effective May 15, 2020.

Alejo Benito

Luis Licona

Edna Cervantes

Angelica Lopez-Drain

Esperanza Darling

Consuelo Reynoso

Elizabeth Esquivel

Cynthia Santiesteban
Â 
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 1ST day of JUNE, 2020.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR